IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| **VENADIUM LLC** § | |
| § | |
| VS. § | No. 5:16cv122-RWS-CMC |
| § | |
| **WP COMPANY LLC D/B/A** § | |
| **THE WASHINGTON POST** § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal With Prejudice (Doc. No. 5) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the case.

**It is SO ORDERED.**

So ORDERED and SIGNED this 19th day of October, 2016.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE